IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WENDY MURPHY,**<br><br>       **Plaintiff,**<br><br> v.<br><br>**LIVINGSOCIAL, INC.,**<br><br>       **Defendant.** | Case No. 1:12-cv-00864-EGS |

**DEFENDANT'S REQUEST FOR IMMEDIATE SETTLEMENT CONFERENCE**

   In light of Your Honor's March 18, 2013 Order dismissing Count IV of Plaintiff's Complaint (which also dismissed individual defendant, Seth Brown), Defendant LivingSocial, Inc. ("Defendant") hereby submits this request for a Settlement Conference to take place on or before April 29, 2013 before Magistrate Judge John Facciola or any other available Magistrate Judge.

   The parties – through their legal counsel only – have been engaged in settlement negotiations, which have not been successful.  At this time, Defendant believes that it would be beneficial for such settlement discussion to take place with the assistance of a neutral third party through a Court-Ordered Settlement Conference.  Defendant's counsel has conferred with Plaintiff's counsel, who has stated that he is amenable to a Settlement Conference, but only with the caveat that such conference is attended by legal counsel, with each party available by telephone.  Defendant contends, however, that for a Settlement Conference to be meaningful and productive, the actual parties themselves (and not just their legal counsel) must be present in person to discuss settlement.  Indeed, this Complaint is driven by Ms. Wendy Murphy's former

employment with Living Social, Inc., and hearing from her personally is important for Living Social, Inc. to understand the nature of her claims, and for Living Social, Inc. to explain the reasons for its actions with respect her allegations of lost wages.

Accordingly, Defendant hereby request an immediate Settlement Conference -- to take place on or before April 29, 2013 before Magistrate Judge John Facciola or any other available Magistrate Judge -- to involve the in-person presence of the parties, including Ms. Wendy Murphy, Mr. Seth Brown (as a representative of Living Social, Inc.), and their respective legal counsel, so that Plaintiff and Defendant can discuss their respective positions in another effort to reach settlement prior to the additional expenditure of significant legal fees with the commencement of discovery and counter-claims.

Dated:  Washington, D.C.
       April 1, 2013

    Respectfully submitted,

By:   /s/ Kara M. Maciel
      Kara M. Maciel (#477363)

Epstein, Becker & Green P.C.
1227 25th Street, NW Suite 700
Washington, D.C. 20037-1156
Telephone: (202) 861-5328
Facsimile:  (202) 861-3028

Attorneys for Defendant
LivingSocial, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendant's Request for Immediate Settlement Conference was served on the 1st day of April, 2013 via transmission of a Notice of Electronic Filing generated by the Court's CM/ECF system upon the following:

>Martin J. Murphy, Esq.
>2811 RFD
>Long Grove, IL 60047
>Telephone: (312) 933-3200
>
>Lead Counsel for Plaintiff
>
>and
>
>Jeffrey Rhodes, Esq.
>Michael E. Stamp
>Albo & Oblon L.L.P
>2200 Clarendon Blvd., Suite 1201
>Arlington, VA  22201
>
>Local Counsel for Plaintiff

>/s/ Kara Maciel
>Kara Maciel

DATED: April 1, 2013