REFERRAL TO MAGISTRATE JUDGE

CATEGORY: M

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | DIVERSITY - BREACH OF CONTRACT | | | |
|---|---|---|---|---|
| CASE NO: CA 12-864 | DATE REFERRED: 04/12/13 <br><br> DISPOSITION DATE: | PURPOSE: Mediation | JUDGE: EMMET G. SULLIVAN | MAG. JUDGE JOHN M. FACCIOLA |

| PLAINTIFF(S): WENDY MURPHY | DEFENDANT(S): LIVINGSOCIAL, INC |
|---|---|

ENTRIES: