# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WENDY MURPHY,** <br><br> **Plaintiff,** <br><br> v. <br><br> **LIVINGSOCIAL, INC.,** <br><br> **Defendant.** | Case No. 1:12-cv-00864-EGS |

## JOINT STATUS REPORT

Plaintiff Wendy Murphy ("Plaintiff") and Defendant LivingSocial, Inc. ("Defendant") hereby submit this Joint Status Report in accordance with Your Honor's April 12, 2013 Order.

On May 28, 2013, the parties engaged in a settlement conference with Magistrate Judge Facciola. The parties are exchanging informal discovery and have a second settlement conference before Judge Facciola scheduled for July 2, 2013.

The parties ask for all case deadlines to be stayed pending the parties' continued settlement discussions.

DATED: May 31, 2013

Respectfully submitted,

| /s/ Martin Murphy | /s/ Kara M. Maciel |
|---|---|
| Martin J. Murphy, Esq. (admitted pro hac vice) | Kara M. Maciel (#477363) |

Law Office of Martin J. Murphy  
2811 RFD  
Long Grove, IL 60047  
Telephone: (312) 933-3200  

Lead Counsel for Plaintiff  
Wendy Murphy  

/s/ Jeffrey Rhodes  
Jeffrey Rhodes (#472468)  

Albo & Oblon L.L.P  
2200 Clarendon Blvd., Suite 1201  
Arlington, VA 22201  
Telephone: (703) 312-0410  
Facsimile: (703) 312-0415  

Local counsel for Plaintiff  
Wendy Murphy  

Epstein, Becker & Green, P.C.  
1227 25th Street, NW, Suite 700  
Washington, D.C. 20037-1156  
Telephone: (202) 861-5328  
Facsimile: (202) 861-3028  

Counsel for Defendant  
LivingSocial, Inc.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this Joint Status Report was served on the 31st day of May, 2013 via transmission of a Notice of Electronic Filing generated by the Court's CM/ECF system upon the following:

        Martin J. Murphy, Esq.
        2811 RFD
        Long Grove, IL 60047
        Telephone: (312) 933-3200

        Lead Counsel for Plaintiff

        And

        Jeffrey Rhodes, Esq.
        Michael E. Stamp
        Albo & Oblon L.L.P
        2200 Clarendon Blvd., Suite 1201
        Arlington, VA  22201

        Local Counsel for Plaintiff


        /s/ Kara Maciel
        Kara Maciel


DATED: May 31, 2013